# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ENCORE MUSIC PRESENTS RECORDS, LLC, ) <br> ) <br>                       Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARTY INGELS, ) <br> ) <br>                       Defendant. ) <br> _____) | Case No. 2:10-cv-01107-GMN-PAL <br><br> **ORDER** <br><br> (Mot Enlarge Time to Serve - Dkt. #5) |

Before the court is Plaintiff's Motion to Enlarge Time to Serve Defendant with Plaintiff's Complaint (Dkt. #5). The court has reviewed the motion, and good cause appearing,

**IT IS ORDERED:**

1.  Plaintiff's Motion to Enlarge Time to Serve Defendant (Dkt. #5) is **GRANTED**, and Plaintiff shall have until February 2, 2011 in which to serve Defendant.
2.  No further extensions will be allowed.

Dated this 15th day of November, 2010.

                                                    _____
                                                    Peggy A. Leen
                                                    United States Magistrate Judge